UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,                                            25-cr-517 (PKC)

v.                                                                                        ORDER

TYLER CAMERON,

                                        Defendant.

———————————————————————

CASTEL, United States District Judge.

            Defendant Tyler Cameron moves to dismiss the indictment charging him with two counts of possession of ammunition after a felony conviction, in violation of 18 U.S.C. § 922(g)(1).  (ECF 5.)  Cameron argues that section 922(g)(1) is unconstitutional on its face and as applied to him under the test set out in the Supreme Court's decision in New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. 1 (2022).  As the Government argues and as Cameron acknowledges, Cameron's arguments are foreclosed by the Second Circuit's decision in Zherka v. Bondi, 140 F.4th 68 (2d Cir. 2025), cert. denied, 25-269, 2026 WL 135708 (U.S. Jan. 20, 2026), which is binding on this Court.  See Zherka, 140 F.4th at 75, 91–96.

            Cameron's motion to dismiss the indictment is DENIED.

            SO ORDERED.

                                                                P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
             April 1, 2026